No. 99–1945. KUHNEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHER WORKERS' COMPENSATION LIEN PAYERS SIMILARLY

SITUATED *v.* CNA INSURANCE COS. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.